# UNITED STATES DISTRICT COURT

                 EASTERN                 **District of**                 CALIFORNIA

| | |
|---|---|
| SARAH WILSON BANKS,<br><br>Plaintiff<br><br>V.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br>CASE NUMBER: 1:06-at-00243 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

IT IS SO ORDERED.

**Dated:    June 5, 2006**                    /s/ Lawrence J. O'Neill
66h44d                                         UNITED STATES MAGISTRATE JUDGE